















```
AXC    11/20/00    9:10
3:00-CV-01839    VESS V. CIBAGEIGY CORP USA
*29*
*M.*
```

| | |
|---|---|
| 1 | FAEGRE & BENSON LLP |
|  | JAMES A. O'NEAL (Admitted PRO HAC VICE) |
| 2 | BRUCE JONES (Admitted PRO HAC VICE |
|  | JOSEPH M. PRICE (Admitted PRO HAC VICE) |
| 3 | BRIDGET M. AHMANN (Admitted PRO HAC VICE) |
|  | 2200 Wells Fargo Center |
| 4 | 90 South Seventh Street |
|  | Minneapolis, Minnesota 55402 |
| 5 | Telephone: (612) 336-3000 |
|  | Facsimile: (619) 336-3026 |
| 6 | |
|  | ARTER & HADDEN LLP |
| 7 | ROXANNE M. WILSON - STATE BAR NO. 94627 |
|  | 725 S. Figueroa Street, Suite 3400 |
| 8 | Los Angeles, California 90017-5434 |
|  | Telephone: (213) 430-3000 |
| 9 | Facsimile: (213) 617-9255 |
| 10 | ARTER & HADDEN LLP |
|  | MICHAEL DRURY - STATE BAR NO. 177993 |
| 11 | 402 West Broadway, Suite 690 |
|  | San Diego, California 92101-8504 |
| 12 | Telephone: (619) 238-0001 |
|  | Facsimile: (619) 238-8333 |
| 13 | |
|  | Attorneys for Defendants |
| 14 | Novartis Pharmaceuticals Corp. and Ciba- |
|  | Geigy Corp. USA |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd D. Vess, a Minor, by Deborah Vess, his Guardian ad Litem, individually, on behalf of those Similarly Situated and on behalf of the General Public of the State of California, | Case No. 00-CV-1839 |
| | **SPECIAL MOTION TO STRIKE CLAIMS PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |
| Plaintiffs, | |
| v. | |
| Ciba-Geigy Corp. USA; Novartis Pharmaceuticals Corp.; Children and Adults with Attention-Deficit Hyperactivity Disorder (CHADD); American Psychiatric Association; and Does 1 through 100, inclusive, | DATE: JANUARY 16, 2001<br>TIME: 10:30 a.m.<br>COURTROOM: 2<br>JUDGE: HONORABLE RUDI M. BREWSTER |
| Defendants. | |

ARTER & HADDEN LLP
402 West Broadway
6th Floor
San Diego, California
92101-8504

8699.1
66041\06019

Case No. 00-CV01839
Defendant Novartis Pharmaceuticals
Corporation's Special Motion to Strike

1     Pursuant to Federal Rules of Civil Procedure 7(b) and California Code of Civil Procedure § 425.16, Defendants Ciba-Geigy Corporation USA and Novartis Pharmaceuticals Corp. (collectively referred to herein as "Novartis") hereby respectfully move this Court to strike plaintiff's claims against them in this action. In support of this motion, Novartis respectfully submits herewith a memorandum of law, request for judicial notice and supporting declaration.

    This motion is based upon the Notice of Motion and this Motion, the accompanying Memorandum of Points and Authorities, the supporting declaration, the request for judicial notice, all pleadings and papers on file in this action and upon such matters as may be presented to the Court at the time of the hearing.

DATED: NOVEMBER 17, 2000      ARTER & HADDEN LLP

By: *[signature]*
Michael Drury
Attorneys for Defendants
Novartis Pharmaceuticals Corp. and
Ciba-Geigy Corp. USA

ARTER & HADDEN LLP
402 West Broadway
6th Floor
San Diego, California
92101-8504

8699.1
66041\06019

2.

Case No. 00-CV01839
Defendant Novartis Pharmaceuticals
Corporation's Special Motion to Strike