USDC SCAN INDEX SHEET

















JAH    11/22/00    6:59

3:00-CV-01839   VESS V. CIBAGEIGY CORP USA

*35*

*M.*

David J. Noonan (State Bar No. 055966)
POST KIRBY NOONAN & SWEAT LLP
America Plaza
600 West Broadway, 11th Floor
San Diego, CA 92101
(619) 231-8666; Fax (619) 231-9593

Laurel Pyke Malson
Luther Zeigler (State Bar No. 122154)
William L. Anderson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500; Fax (202) 628-5116

Counsel for Defendant
   American Psychiatric Association

ORIGINAL

00 NOV 21 PM 3: 27

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. VESS, a Minor, by DEBORAH VESS, his Guardian ad Litem, individually, on behalf of those Similarly Situated and on behalf of the General Public of the State of California,<br><br>                    *Plaintiffs,*<br>     v.<br><br>CIBA-GEIGY CORP. USA; NOVARTIS PHARMACEUTICALS CORP.; CHILDREN AND ADULTS WITH ATTENTION DEFICIT/ HYPERACTIVITY DISORDER (CHADD); AMERICAN PSYCHIATRIC ASSOCIATION, and DOES 1 through 100, inclusive,<br><br>                    *Defendants.* | CASE NO.  00 CV 1839<br><br>**NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE COMPLAINT FILED BY DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION**<br><br>Date:  January 16, 2001<br>Time:  10:30 a.m.<br>Courtroom:  2<br>Judge:  Hon. Rudi M. Brewster |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 16, 2001, at 10:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 2 of the above-entitled Court,



located at 880 Front Street, San Diego, California 92101, Defendant American Psychiatric Association ("APA") will respectfully move the Court to strike the Complaint in its entirety pursuant to Section 425.16 of the California Code of Civil Procedure ("CCP § 425.16") and Fed. R. Civ. P. 12(f).

CCP § 425.16 – commonly known as the anti-SLAPP statute – provides that "[a] cause of action against a person arising from any act of that person in furtherance of the person's right of petition or free speech under the United States or California Constitution in connection with a public issue shall be subject to a special motion to strike, unless the court determines that the plaintiff has established that there is a probability that the plaintiff will prevail on the claim." CCP § 425.16(b)(1). Here, the crux of the Complaint against the APA is that – through its development and publication of a medical treatise, "the Diagnostic and Statistical Manual of Mental Disorders (DSM)" (Complaint ¶ 15), which recognized "the diagnoses of Attention Deficit Disorder (ADD) and Attention Deficit Hyperactivity Disorder (ADHD)" (*id.*) – the APA has "conspired, colluded and cooperated with the other Defendants to facilitate and encourage the development and acceptance of diagnosis of ADD (1980) and ADHD (1987)." *Id.* ¶ 21.

As demonstrated more fully in the accompanying memorandum of law and supporting declaration and appendix, these allegations constitute a direct attack on conduct – the development and publication of an important medical treatise and the scientific discussion that surrounds it – that is protected by the First Amendment and CCP § 425.16. The mere filing of this Complaint threatens to chill these important First Amendment activities. Since the fundamental purpose of the anti-SLAPP statute

is, as this Court has held, "[t]o ensure that participation in public debate is not 'chilled'" by establishing "a procedure for early dismissal of meritless lawsuits against public speech" (*Metabolife Int'l, Inc. v. Wornick*, 72 F. Supp. 2d 1160, 1165 (S.D. Cal. 1999)), Plaintiff should not be entitled to proceed with his extraordinary lawsuit unless he can overcome the protections afforded by CCP § 425.16. Because the statute plainly applies to this case, the Complaint should be stricken unless the plaintiff can come forward with "admissible evidence" showing "a probability that the plaintiff will prevail on the claim." CCP § 425.16(b)(1).

For the foregoing reasons, the instant motion should be granted and the Complaint stricken in its entirety.

Respectfully submitted,

By: _____

David J. Noonan
POST KIRBY NOONAN & SWEAT LLP
America Plaza
600 West Broadway, 11th Floor
San Diego, CA 92101
(619) 231-8666

Laurel Pyke Malson
Luther Zeigler
William L. Anderson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Counsel for Defendant
American Psychiatric Association

November 21, 2000
Washington, D.C.

1762890

ORIGINAL

# PROOF OF SERVICE BY MAIL
## (F.R.C.P. 5(b))

|  |  |
|---|---|
| DATE: | 01/16/01 |
| TIME: | 10:30 A.M. |
| COURTROOM: | 2 |
| TRIAL DATE: | NONE |
| JUDGE: | Hon. Rudi M. Brewster |

Todd D. Vess, et al. vs. CIBA-GEIGY Corp. USA, et al.
USDC, Southern District of California (Case No. 00-CV-1839) (RMB)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California in which county the within-mentioned mailing occurred. My business address is America Plaza, Suite 1100, 600 West Broadway, San Diego, California 92101-3387.

I served the following document(s):

NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE COMPLAINT FILED BY DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION;

DECLARATION OF CLAIRE E. REINBURG (WITH EXHIBITS) IN SUPPORT OF SPECIAL MOTION TO STRIKE COMPLAINT FILED BY DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SPECIAL MOTION TO STRIKE COMPLAINT FILED BY DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION;

NOTICE OF LODGMENT OF APPENDIX OF EXHIBITS IN SUPPORT OF MOTION TO STRIKE COMPLAINT FILED BY DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION;

REQUEST FOR JUDICIAL NOTICE FILED BY DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE

PRO HAC VICE APPLICATION - LAUREL PYKE MALSON

PRO HAC VICE APPLICATION - DAVID B. SIEGEL

PRO HAC VICE APPLICATION - WILLIAM L. ANDERSON

on the parties in said action by placing a true copy thereof in a separate sealed envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

SEE ATTACHED SERVICE LIST

and I then sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing in accord with our business' practice on November 21, 2000, at San Diego, California.

I am readily familiar with our business practice for collecting, processing, and mailing correspondence and pleadings with the United States Postal Service. Such correspondence

PKNS\278269.1

00CV1839 (RMB)

and pleadings are deposited with the United States Postal Service on the same day that it is placed for mailing in the ordinary course of business.

Executed on November 21, 2000, at San Diego, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_Gale Guinn_
GALE GUINN

<u>**SERVICE LIST**</u>

Donald F. Hilde, Esq.
Thomas D. Haklar, Esq.
Peggy J. Reali, Esq.
Dougherty Hildre Dudek & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103
619/232-9131   Fax: 619/232-7317

**Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public

John P. Coale, Esq.
Diane Cooley, Esq.
Coale Cooley Lietz McInerny & Broadus
818 Connecticut Avenue N.W., Suite 857
Washington D.C. 20006
202/887-4770   Fax: 202/887-4778

**Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public

Richard Scruggs, Esq.
Scruggs Millette Boveman & Dent P.A.
734 Delmas Avenue
P. O. Drawer 1425
Pascagoula, MS 39568-1425
228/762-6068

**Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public

Marc C. Saperstein, Esq.
Kevin Decie, Esq.
Davis Saperstein & Solomon
375 Cedar Lane
Teaneck, NJ 07666
201/907-5000   Fax: 201/692-0444

**Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public

C. Andrew Waters, Esq.
Waters & Kraus
3219 McKinney Avenue
Dallas, TX 75204
214/357-6244   Fax: 214/522-9286

**Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public

Roxanne M. Wilson, Esq.
Arter & Hadden LLP
725 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017-5434
213/430-3000   Fax: 213/617-9255

**Co-Counsel for Defendants** Novartis Pharmaceuticals Corp. and CIBA-GEIGY Corp. USA

Michael Drury, Esq.
Arter & Hadden LLP
402 West Broadway, Suite 690
San Diego, CA 92101-8504
619/238-0001   Fax: 619/238-8333

**Co-Counsel for Defendants** Novartis Pharmaceuticals Corp. and CIBA-GEIGY Corp. USA

Gerald Zingone, Esq.
Arent Fox Kintner Plotkin & Kahn
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
202/857-6000   Fax: 202/857-6395

**Counsel for Defendant** CHADD