















TKL   1/18/01   10:13

3:00-CV-01839   VESS V. CIBAGEIGY CORP USA

*54*

*M.*

1  Donald F. Hildre; SBN 066188
   Thomas Haklar; SBN 169039
2  Peggy J. Reali; SBN 153102
   DOUGHERTY, HILDRE, DUDEK & HAKLAR
3  2550 Fifth Avenue, Suite 600
   San Diego, CA 92103
4  (619) 232-9131, FAX (619) 232-7317

5  John P. Coale; SBN 212662
   Julia W. McInerny
6  COALE COOLEY LIETZ & McINERNY
   818 Connecticut Avenue, N.W., Suite 857
7  Washington, D.C. 20006
   (202) 887-4770; Fax (202) 887-4778

8
   Richard Scruggs
9  SCRUGGS, MILLETTE, BOZEMAN & DENT P.A.
   P.O. Drawer 1425
10 Pascagoula, Mississippi 39568-1425
   (228) 762-6068

11
   Additional attorneys listed on signature page
12

13              **UNITED STATES DISTRICT COURT**

14            **SOUTHERN DISTRICT OF CALIFORNIA**

15

16 | TODD D. VESS, a Minor, by DEBORAH VESS,  )   CASE NO.  00-CV-1839 B (CGA)
   | his Guardian ad Litem, individually, on behalf of  )
17 | those Similarly Situated and on behalf of the  )   **PLAINTIFF'S NOTICE OF MOTION**
   | General Public of the State of California,  )   **AND MOTION FOR AN ORDER**
18 |                                                )   **GRANTING LEAVE TO FILE**
   |                Plaintiffs,                     )   **FIRST AMENDED COMPLAINT**
19 |                                                )
   |                                                )
20 |        v.                                      )
   |                                                )
21 | CIBA-GEIGY CORP. USA; NOVARTIS                 )
   | PHARMACEUTICALS CORP.; CHILDREN                )   Date:        March 5, 2001
22 | AND ADULTS WITH ATTENTION-DEFICIT/            )   Time:        10:30 a.m.
   | HYPERACTIVITY DISORDER (CHADD);               )   Courtroom:   2
23 | AMERICAN PSYCHIATRIC ASSOCIATION,             )   Judge:       Hon. Rudi M. Brewster
   | and DOES 1 through 100, inclusive,            )
24 |                                                )
   |                Defendants.                     )
25 |_____)

26       TO DEFENDANTS, AND EACH OF THEM, AND TO THEIR ATTORNEYS OF RECORD:

27       NOTICE IS HEREBY GIVEN that on March 5, 2001 at 10:30 a.m., or as soon thereafter as the

28

FILED

01 JAN 17 PM 4:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

1  matter may be heard, in Department 2 of this court, located at 880 Front Street, San Diego, California,

2  plaintiff Todd Vess through his Guardian Ad Litem, Deborah Vess, will move for leave to file his Notice

3  of Motion and Motion For Order Granting Leave to Amend the Complaint.

4      A copy of plaintiff's [Proposed] First Amended Complaint is attached as Exhibit 1 to the

5  Declaration of Peggy J. Reali in Support of Motion for and Order Granting Leave to Amend the

6  Complaint.

7      The grounds for said amendment are as follows: to add additional, newly discovered facts and

8  to advance new theories of liability.

9      The relief requested is an order permitting the filing of plaintiff's [Proposed] First Amended

10 Complaint.

11     This motion is based on the Memorandum of Points and Authorities in Support of Motion for

12 Order Granting Leave to Amend the Complaint; the Declaration of Peggy J. Reali in Support of Motion

13 for Order Granting Leave to Amend the Complaint;  the proposed First Amended Complaint, on the

14 records and file herein, and on such evidence as may be presented at the hearing of the motion.

15                     Respectfully submitted,

16 DATED: January 17, 2001        DOUGHERTY, HILDRE, DUDEK & HAKLAR

17

18               By:   _____

19                     Donald E. Hildre
                    Thomas D. Haklar

20                     Peggy J. Reali
                    DOUGHERTY, HILDRE, DUDEK & HAKLAR

21                     2550 Fifth Ave., Suite 600
                    San Diego, CA 92103

22                     (619) 232-9131; Fax (619) 232-7317

23                     Attorneys for Plaintiff Todd Vess, a Minor, by and through
                    Deborah Vess, his Guardian ad Litem,

24                     individually and on Behalf of Those Similarly
                    Situated and on behalf of the General Public.

25 ///

26 ///

27

28

John P. Coale; Bar No. 212662
Julia W. McInerny
COALE COOLEY LIETZ & McINERNY
818 Connecticut Avenue, N.W., Suite 857
Washington, D.C. 20006
(202) 887-4770; Fax (202) 887-4778

Richard Scruggs
SCRUGGS, MILLETTE, BOZEMAN & DENT P.A.
P.O. Drawer 1425
Pascagoula, Mississippi 39568-1425
(228) 762-6068

Marc C. Saperstein,
Kevin Decie,
DAVIS, SAPERSTEIN & SOLOMON
375 Cedar Lane
Teaneck, NJ 07666
(201)907-5000; Fax (201) 692-0444

C. Andrew Waters (CA Bar No. 147259)
Tex. State Bar No. 20911450
WATERS & KRAUS
3219 McKinney Ave.
Dallas, Texas 75204
(214) 357-6244; Fax (21 4) 522-9286

1  Donald F. Hildre; SBN 066188
   Thomas Haklar; SBN 169039
2  Peggy J. Reali; SBN 153102
   DOUGHERTY, HILDRE, DUDEK & HAKLAR
3  2550 Fifth Avenue, Suite 600
   San Diego, CA 92103
4  (619) 232-9131, FAX (619) 232-7317

5  John P. Coale; SBN 212662
   Julia W. McInerny
6  COALE COOLEY LIETZ & McINERNY
   818 Connecticut Avenue, N.W., Suite 857
7  Washington, D.C. 20006
   (202) 887-4770; Fax (202) 887-4778

8
   Richard Scruggs
9  SCRUGGS, MILLETTE, BOVEMAN & DENT P.A.
   P.O. Drawer 1425
10 Pascagoula, Mississippi 39568-1425
   (228) 762-6068

11

12              **UNITED STATES DISTRICT COURT**

13             **SOUTHERN DISTRICT OF CALIFORNIA**

14

15  TODD D. VESS, a Minor, by DEBORAH VESS,     )   CASE NO.  00CV1839E (CGA)
    his Guardian ad Litem, individually, on behalf of  )
16  those Similarly Situated and on behalf of the    )
    General Public of the State of California,       )
17                                                   )
                    Plaintiffs,                      )   **PROOF OF SERVICE BY MAIL**
18                                                   )
                                                     )
19      v.                                           )
                                                     )
20  CIBA-GEIGY CORP. USA; NOVARTIS            )
    PHARMACEUTICALS CORP.; CHILDREN         )
21  AND ADULTS WITH ATTENTION-DEFICIT/      )
    HYPERACTIVITY DISORDER (CHADD);        )
22  AMERICAN PSYCHIATRIC ASSOCIATION,       )
    and DOES 1 through 100, inclusive,           )
23                                                   )
                    Defendants.                      )
24  ────────────────────────────────

25      I, CAROLYN FLAUGHER, certify as follows:

26      I am over the age of eighteen years and not a party to the action; I am employed in the County

27  of San Diego, State of California, within which county the subject mailing occurred; my business address

28  is 2550 Fifth Avenue, Suite 600, San Diego, California 92103; I am familiar with this firm's practice for

collecting and processing correspondence for mailing with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.  I served the following documents:

1.   **PLAINTIFF'S NOTICE OF MOTION AND MOTION FRO AN ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT;**

2.   **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT;**

3.   **DECLARATION OF PEGGY J. REALI IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;**

by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows: SEE ATTACHED LIST

I then sealed each envelope and placed each for collection and mailing on January 17, 2001, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 17, 2001.

_____
Carolyn Flaugher

Case No. 00-CV-1839 B (CGA)
PROOF OF SERVICE

## SERVICE LIST

FAEGRE & BENSON LLP
James A. O'Neal
Bruce Jones
Joseph M. Price
Bridget M. Ahmann
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Fax # (612) 336-3026
    Attorney for Novartis Pharmaceuticals Corp and Ciba-Geigy Corp. USA


ARTER & HADDEN LLP
Roxanne M. Wilson
725 S. Figueroa Street, Suite 3400
Los Angeles, CA 90017-5434
Fax # (213) 617-9255
    Attoney for Novartis Pharmaceuticals Corp and Ciba-Geigy Corp. USA


ARTER & HADDEN LLP
Michael Drury
402 West Broadway, Suite 690
San Diego, CA 92101-8504
Fax # (619) 238-8333
    Attorney for Novartis Pharmaceuticals Corp and Ciba-Geigy Corp. USA


POST KIRBY NOONAN & SWEAT LLP
David J. Noonan
American Plaza
600 West Broadway, 11th Floor
San Diego, CA 92101
Fax # (619) 231-9593
    Attorney for American Psychiatric Association

CROWELL & MORING LLP
Laurel Pyke Malson
Luther Zeigler
William L. Anderson
1001 Pennsylvania Avenue, N.W.
Washington D.C.  20004-2595
Fax # (202) 628-5116
        Attorney for American Psychiatric Association


CHAPIN SHEA MCNITT & CARTER
Edward D. Chapin
501 West Broadway, 15th Floor
San Diego, CA 92101-3541
Fax # (619) 232-4840
        Attorney for CHADD


ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
Gerald Zingone, D.C.
1050 Connecticut Avenue, N.W.
Washington D.C.  20036-5339
Fax # (202) 857-6395
        Attorney for CHADD