















```
TKL    1/29/01   7:50
3:00-CV-01839   VESS V. CIBAGEIGY CORP USA
*72*
*O.*
```

FILED
01 JAN 26 PM 1:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. VESS, a Minor, by DEBORAH VESS, His Guardian Ad Litem, Individually, on Behalf of Those Similarly Situated and on Behalf of the General Public of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>CIBY-GEIGY CORP. USA; NOVARTIS PHARMACEUTICALS CORP.; CHILDREN AND ADULTS WITH ATTENTION DEFICIT/HYPERACTIVITY DISORDER (CHADD); AMERICAN PSYCHIATRIC ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | CIV. NO. 00CV1839-B (CGA)<br><br>ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND CONTINUING FEBRUARY 5, 2001 HEARING TO MARCH 5, 2001<br><br>[Docket Nos. 54-56] |

Pending before the Court are dispositive motions by each Defendant against Plaintiff, Plaintiff's Motion for Leave to File First Amended Complaint, and Plaintiff's Ex Parte Motion to Continue the February 5, 2001 hearing on Defendants' dispositive motions. Plaintiff contends that he has "redefined the scope of the legal theories under which he is suing defendants" and that this Court should rule first on Plaintiff's Motion for Leave to File First Amended Complaint because it will change the issues before the Court on the dispositive motions.

- 1 -

00CV1839

1   Each Defendant filed a response to Plaintiff's Ex Parte Motion. None of the
2   Defendants oppose leave to file the First Amended Complaint. Therefore, this Court hereby
3   GRANTS Plaintiff leave to file the First Amended Complaint.
4   The Court also GRANTS Plaintiff's Ex Parte Motion to Continue. The February 5,
5   2001 hearing on Defendants' dispositive motions is hereby continued until March 5, 2001.
6   The parties shall submit updated briefs responsive to the First Amended Complaint in
7   accordance with the schedule provided by the Local Rules.
8   IT IS SO ORDERED.

DATED: 1-25-01

UNITED STATES SENIOR DISTRICT JUDGE

cc:   All Parties
      Magistrate Judge