















TKL    2/5/01    14:09

3:00-CV-01839    VESS V. CIBAGEIGY CORP USA

*83*

*M.*

1  David J. Noonan (055966)
   Dorothy A. Johnson (132849)
2  **POST KIRBY NOONAN & SWEAT LLP**
   600 West Broadway, Suite 1100
3  San Diego, California 92101-3387
   Telephone:  (619) 231-8666
4  Facsimile:  (619) 231-9593

5  David B. Siegel (*Pro Hac Vice*)
   JoAnn E. Macbeth
6  Laurel Pyke Malson (*Pro Hac Vice*)
   Luther Zeigler (State Bar No. 122154)
7  William L. Anderson (*Pro Hac Vice*)
   **CROWELL & MORING LLP**
8  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
9  Telephone:  (202) 624-2500
   Facsimile:  (202) 628-5116
10
   Attorneys for Defendant
11   American Psychiatric Association

12                 **UNITED STATES DISTRICT COURT**

13              **SOUTHERN DISTRICT OF CALIFORNIA**

14

   TODD D. VESS, a Minor, by DEBORAH    )  **CASE NO. 00 CV 1839 B (CGA)**
15  VESS, his *Guardian ad Litem*, individually, )
   on behalf of those Similarly Situated and on )
16  behalf of the General Public of the State of )  **DEFENDANT AMERICAN PSYCHIATRIC**
   California,                          )  **ASSOCIATION'S NOTICE OF MOTION**
17                                       )  **AND SPECIAL MOTION TO STRIKE**
              Plaintiffs,               )  **FIRST AMENDED COMPLAINT**
18                                       )
   v.                                    )
19                                       )  **Date:        March 5, 2001**
   CIBA-GEIGY CORP. USA; NOVARTIS       )  **Time:        10:30 a.m.**
20  PHARMACEUTICALS CORP.; CHILDREN     )  **Courtroom:  2**
   AND ADULTS WITH ATTENTION            )
21  DEFICIT/HYPERACTIVITY DISORDER       )  **I/C JUDGE: Hon. Rudi M. Brewster**
   (CHADD); AMERICAN PSYCHIATRIC        )
22  ASSOCIATION, and DOES 1 through 100, )
   inclusive,                           )
23                                       )
              Defendants.               )
24

25  TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

26        PLEASE TAKE NOTICE THAT on March 5, 2001, at 10:30 a.m. or as soon thereafter

27  as the matter may be heard in Courtroom 2 of the above-entitled Court, located at 940 Front

28  Street, San Diego, California 92101, Defendant American Psychiatric Association ("APA")

ORIGINAL

1    will respectfully move the Court to strike the Amended Complaint with prejudice pursuant to

2    Section 425.16 of the California Code of Civil Procedure ("CCP § 425.16") and Fed. R. Civ.

3    P. 12(f).

4         CCP § 425.16 – commonly known as the anti-SLAPP statute – provides that "[a] cause

5    of action against a person arising from any act of that person in furtherance of the person's

6    right of petition or free speech under the United States or California Constitution in connection

7    with a public issue shall be subject to a special motion to strike, unless the court determines

8    that the plaintiff has established that there is a probability that the plaintiff will prevail on the

9    claim." CCP § 425.16(b)(1). Here, the crux of the Amended Complaint against the APA is

10   that – through its development and publication of a medical treatise, "the Diagnostic and

11   Statistical Manual of Mental Disorders (DSM)" (Amended Complaint ¶ 15), which recognized

12   the diagnoses of Attention Deficit Disorder (ADD) and Attention Deficit Hyperactivity

13   Disorder (ADHD) – the APA and the other Defendants have "planned, conspired, and colluded

14   to develop, promote, broaden and confirm the diagnoses of [ADD and ADHD]." *Id.*

15        As demonstrated more fully in the accompanying memorandum of law and supporting

16   declarations and appendix, these allegations constitute a direct attack on conduct – the

17   development and publication of an important medical treatise and the scientific discussion that

18   surrounds it – that is protected by the First Amendment and CCP § 425.16. The mere filing of

19   the Amended Complaint threatens to chill these important First Amendment activities. Since

20   the fundamental purpose of the anti-SLAPP statute is, as this Court has held, "[t]o ensure that

21   participation in public debate is not 'chilled'" by establishing "a procedure for early dismissal

22   of meritless lawsuits against public speech" (*Metabolife Int'l, Inc. v. Wornick*, 72 F. Supp. 2d

23   1160, 1165 (S.D. Cal. 1999)), Plaintiff should not be entitled to proceed with his extraordinary

24   lawsuit unless he can overcome the protections afforded by CCP § 425.16. Because the statute

25   plainly applies to this case, the Amended Complaint should be stricken unless the Plaintiff can

26   come forward with "admissible evidence" showing "a probability that the Plaintiff will prevail

27   on the claim." CCP § 425.16(b)(1).

28   ///

1    For the foregoing reasons, the instant motion should be granted and the Amended

2  Complaint stricken with prejudice.

3                                                          Respectfully submitted,

4  DATED:  February 2, 2001

5

6                                          By:    _____

7                                                 David J. Noonan
                                                  Dorothy A. Johnson
8                                                 **POST KIRBY NOONAN & SWEAT  LLP**
                                                  600 West Broadway, Suite 1100
9                                                 San Diego, California  92101-3387
                                                  Telephone: (619) 231-8666

10

11                                                David B. Siegel (*Pro Hac Vice*)
                                                  JoAnn E. Macbeth
12                                                Laurel Pyke Malson (*Pro Hac Vice*)
                                                  Luther Zeigler (State Bar No. 122154)
13                                                William L. Anderson (*Pro Hac Vice*)
                                                  **CROWELL & MORING LLP**
14                                                1001 Pennsylvania Avenue, N.W.
                                                  Washington, D.C. 20004-2595
15                                                Telephone:  (202) 624-2500

16                                                Attorneys for Defendant
                                                  American Psychiatric Association

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE BY MAIL
### (F.R.C.P. 5(b))

2

|           |                     |
| --------- | ------------------- |
| DATE:     | 03/05/01            |
| TIME:     | 10:30 A.M.          |
| COURTROOM:| 2                   |
| TRIAL DATE:| NONE               |
| JUDGE:    | Hon. Rudi M. Brewster|

3

4

5

6

Todd D. Vess, et al. vs. CIBA-GEIGY Corp. USA, et al.
USDC, Southern District of California  **Case No. 00 CV 1839 B (CGA)**

7

8

     I, the undersigned, declare:  That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California in which county the within-mentioned mailing occurred.  My business address is America Plaza, Suite 1100, 600 West Broadway, San Diego, California 92101-3387.

9

10

11

     I served the following document(s):

12

1.    **DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

13

14

2.    **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

15

16

3.    **DECLARATION OF SARAH C. LINDSEY IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

17

18

4.    **DECLARATION OF CLAIRE E. REINBURG (WITH EXHIBITS) IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

19

20

5.    **DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE**

21

6.    **NOTICE OF LODGMENT OF APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

22

23

24   / / /

25   / / /

26   / / /

27

28

1   on the parties in said action by placing a true copy thereof in a separate sealed
    envelope for each addressee named hereafter, addressed to each such addressee
2   respectively as follows:

3                        **SEE ATTACHED SERVICE LIST**

4   and I then sealed each envelope and, with the postage thereon fully prepaid, placed it
    for mailing in accord with our business' practice on February 2, 2001, at San Diego,
5   California.

6        I am readily familiar with our business practice for collecting, processing, and
    mailing correspondence and pleadings with the United States Postal Service.  Such
7   correspondence and pleadings are deposited with the United States Postal Service
    on the same day that it is placed for mailing in the ordinary course of business.
8

9        Executed on February 2, 2001, at San Diego, California.

10       I declare that I am employed in the office of a member of the bar of this Court
    at whose direction the service was made.

11

12   _____
     GALE GUINN
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SERVICE LIST

| | |
|---|---|
| John P. Coale          FEDERAL EXPRESS<br>Diane Cooley<br>Coale Cooley Lietz McInerny & Broadus<br>818 Connecticut Avenue N.W., Suite 857<br>Washington D.C. 20006<br>202/887-4770   Fax: 202/887-4778 | **Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public |
| Richard Scruggs          FEDERAL EXPRESS<br>Sidney A. Backstrom<br>Robin Reid Boswell<br>Scruggs Millette Bozeman & Dent P.A.<br>726 Delmas Avenue (39567)<br>P. O. Drawer 1425<br>Pascagoula, MS 39568-1425<br>228/762-6068 Fax: 228/762-1207 | **Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public |
| Marc C. Saperstein          FEDERAL EXPRESS<br>Kevin Decie<br>Davis Saperstein & Solomon<br>375 Cedar Lane<br>Teaneck, NJ 07666<br>201/907-5000   Fax: 201/692-0444 | **Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public |
| C. Andrew Waters          FEDERAL EXPRESS<br>Waters & Kraus<br>3219 McKinney Avenue<br>Dallas, TX 75204<br>214/357-6244   Fax: 214/522-9286 | **Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public |
| Roxanne M. Wilson<br>Arter & Hadden LLP<br>725 S. Figueroa Street, Suite 3400<br>Los Angeles, CA 90017-5434<br>213/430-3000   Fax: 213/617-9255 | **Co-Counsel for Defendants** Novartis Pharmaceuticals Corp. and CIBA-GEIGY Corp. USA |
| James A. O'Neal<br>Bruce Jones<br>Joseph M. Price<br>Bridget M. Ahmann<br>Faegre & Benson LLP<br>220 Norwest Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>612/612/336-3000  Fax: 612/336-3026 | **Co-Counsel for Defendants** Novartis Pharmaceuticals Corp. and CIBA-GEIGY Corp. USA |
| Gerald Zingone, D.C.<br>Arent Fox Kintner Plotkin & Kahn<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>202/857-6000  Fax: 202/857-6395 | **Counsel for Defendant** CHADD |

# PROOF OF PERSONAL SERVICE
## (F.R.C.P. 5(b)(d))

|  |  |
|---|---|
| DATE: | March 5, 2001 |
| TIME: | 10:30 a.m. |
| COURTROOM: | 2 |
| TRIAL DATE: | NONE |
| JUDGE: | Hon. Rudi M. Brewster |

<u>Todd D. Vess, et al. vs. CIBA-GEIGY Corp. USA, et al.</u>
<u>USDC, Southern District of California  Case No. 00 CV 1839 B (CGA)</u>

I, the undersigned, declare:  That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California in which county the within-mentioned service occurred.  My business address is 4665 Park Boulevard, San Diego, Califonria 92116.

On February 2, 2001, I personally served the following document(s):

1. **DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

3. **DECLARATION OF SARAH C. LINDSEY IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

4. **DECLARATION OF CLAIRE E. REINBURG (WITH EXHIBITS) IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

5. **DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE**

6. **NOTICE OF LODGMENT OF APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

/ / /

/ / /

/ / /

/ / /

/ / /

PKNS\281635.1

00 CV 1839 B (CGA)

on the parties herein as follows:

Donald F. Hildre
Thomas D. Haklar
Peggy J. Reali
Dougherty Hildre Dudek & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103
619/232-9131  Fax: 619/232-7317

**Co-Counsel for Plaintiffs** Todd Vess, a Minor, by and through Deborah Vess, his Guardian ad Litem, individually and on Behalf of Those Similarly Situated and on behalf of the General Public

Executed on February 2, 2001, at San Diego, California.

I declare under penalty of perjury that the above is true and correct.

Print Name

Signature
Time: _____
Person Served: _____
Registration No. _____

00 CV 1839 B (CGA)

# PROOF OF PERSONAL SERVICE
## (F.R.C.P. 5(b)(d))

DATE:        March 5, 2001
TIME:        10:30 a.m.
COURTROOM:   2
TRIAL DATE:  NONE
JUDGE:       Hon. Rudi M. Brewster

**Todd D. Vess, et al. vs. CIBA-GEIGY Corp. USA, et al.**
*USDC, Southern District of California  Case No. 00 CV 1839 B (CGA)*

I, the undersigned, declare:  That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California in which county the within-mentioned service occurred.  My business address is 4665 Park Boulevard, San Diego, Califonria 92116.

On February 2, 2001, I personally served the following document(s):

1.  **DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

2.  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

3.  **DECLARATION OF SARAH C. LINDSEY IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

4.  **DECLARATION OF CLAIRE E. REINBURG (WITH EXHIBITS) IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

5.  **DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE**

6.  **NOTICE OF LODGMENT OF APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

/ / /

/ / /

/ / /

/ / /

/ / /

PKNS\281635.1

00 CV 1839 B (CGA)

## PROOF OF PERSONAL SERVICE
### (F.R.C.P. 5(b)(d))

| | |
|---|---|
| DATE: | March 5, 2001 |
| TIME: | 10:30 a.m. |
| COURTROOM: | 2 |
| TRIAL DATE: | NONE |
| JUDGE: | Hon. Rudi M. Brewster |

<u>Todd D. Vess, et al. vs. CIBA-GEIGY Corp. USA, et al.</u>
**USDC, Southern District of California  Case No. 00 CV 1839 B (CGA)**

I, the undersigned, declare:  That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California in which county the within-mentioned service occurred.  My business address is 4665 Park Boulevard, San Diego, Califonria 92116.

On February 2, 2001, I personally served the following document(s):

1.  **DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

2.  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

3.  **DECLARATION OF SARAH C. LINDSEY IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

4.  **DECLARATION OF CLAIRE E. REINBURG (WITH EXHIBITS) IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

5.  **DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE**

6.  **NOTICE OF LODGMENT OF APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

/ / /

/ / /

/ / /

/ / /

/ / /

1 | on the parties herein as follows:

2 | Edward D. Chapin                                    **Co-Counsel for Defendant** CHADD
     Chapin Shea McNitt & Carter
3 | 501 West Broadway, 15th Flr.
     San Diego, CA 92101-3541
4 | 619/232-4261 Fax: 619/232-4840

5 |

6 |          Executed on February 2, 2001, at San Diego, California.

7 |          I declare under penalty of perjury that the above is true and correct.

8 |

9 |

10 | Print Name _____          Signature _____
                                          Time: _____
11 |                                      Person Served: _____
                                          Registration No. _____
12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

PKNS\281635.1                                              00 CV 1839 B (CGA)

POST KIRBY NOONAN & SWEAT
600 WEST BROADWAY, SUITE 1200
SAN DIEGO, CA. 92101
(619) 231-8666

UNITED STATES   DISTRICT   COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/VESS PETITIONER | CASE NUMBER: 00 CV 1839 B (CGA) |
| DEFENDANT/CIBA-GIEGY CORP. RESPONDENT | **PROOF OF SERVICE** |

POST KIRBY NOONAN & SWEAT
600 WEST BROADWAY, SUITE 1200
SAN DIEGO, CA. 92101
(619) 231-8666

                    Ref:80494
Attorney for:DEFENDANT

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN     DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

Plaintiff/Petitioner VESS                    Case No:00 CV 1839 B (CGA)

Defendant/Respondent CIBA-GIEGY CORP.        HRG. DATE:03-05-01
                                                  TIME:10:30AM
                                                  DEPT:2

1. At the time of service I was at least 18 years of age and not a party
   to this action, and I served copies of the:

   SEE ATTACHED LIST OF DOCUMENTS SERVED

2. a. Party served:EDWARD D. CHAPIN

   b. Person served:AGELICA LUNA, RECEPTIONIST / PERSON IN CHARGE

   c. Address:501 WEST BROADWAY, 15TH FLOOR
              SAN DIEGO, CA. 92101

3. I served the party named in item (2a):
   a. by personally serving the copies:
      (1) on: 02-02-01   at (2c):4:05PM

4. Person serving:MARK SULLIVAN          a. Fee: 25.00
   Diversified Legal Services, Inc.      b. Registered california
   P.O. Box 3969                            process server#608
   San Diego, CA 92163   Tel:(619) 260-8224   county of SAN DIEGO

5. I declare under penalty of perjury under the laws of the state of
   california that the foregoing is true and correct.

   Date:02-05-01     Signature: _____

   Judicial council form, Rule 982 (a) (23)

---

**PROOF OF SERVICE**

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DECLARATION OF SARAH C. LINDSEY IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DECLARATION OF CLAIRE E. REINBURG (WITH EXHIBITS) IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE**

**NOTICE OF LODGMENT OF APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

POST KIRBY NOONAN & SWEAT
600 WEST BROADWAY, SUITE 1200
SAN DIEGO, CA. 92101
(619) 231-8666

UNITED STATES  DISTRICT  COURT SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF/VESS PETITIONER | CASE NUMBER:00 CV 1839 B (CGA) |
|---|---|
| DEFENDANT/CIBA-GIEGY CORP. RESPONDENT | **PROOF OF SERVICE** |

POST KIRBY NOONAN & SWEAT
600 WEST BROADWAY, SUITE 1200
SAN DIEGO, CA. 92101
(619) 231-8666

Ref:80496

Attorney for:DEFENDANT

UNITED STATES DISTRICT COURT FOR THE  SOUTHERN    DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

Plaintiff/Petitioner VESS

Defendant/Respondent CIBA-GIEGY CORP.

Case No:00 CV 1839 B (CGA)

HRG. DATE:03-05-01
      TIME:10:30AM
      DEPT:2

1. At the time of service I was at least 18 years of age and not a party
to this action, and I served copies of the:

   SEE ATTACHED LIST OF DOCUMENTS SERVED

2. a. Party served:DONALD F. HILDRE

   b. Person served:BETTYE HUGHES, RECEPTIONIST / PERSON IN CHARGE

   c. Address:2550 FIFTH AVE. #600
              SAN DIEGO, CA. 92103

3. I served the party named in item (2a):
   a. by personally serving the copies:
      (1) on: 02-02-01    at (2c):4:15PM

4. Person serving:MARK SULLIVAN        a. Fee: 25.00
   Diversified Legal Services, Inc.    b. Registered california
   P.O. Box 3969                          process server#608
   San Diego, CA 92163    Tel:(619) 260-8224    county of SAN DIEGO

5. I declare under penalty of perjury under the laws of the state of
   california that the foregoing is true and correct.

   Date:02-05-01      Signature:

   Judicial council form, Rule 982 (a) (23)

**PROOF OF SERVICE**

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DECLARATION OF SARAH C. LINDSEY IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DECLARATION OF CLAIRE E. REINBURG (WITH EXHIBITS) IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE**

**NOTICE OF LODGMENT OF APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

1  POST KIRBY NOONAN & SWEAT
   600 WEST BROADWAY, SUITE 1200
2  SAN DIEGO, CA. 92101
   (619) 231-8666
3

4

5

6

7

8      UNITED STATES  DISTRICT  COURT SOUTHERN DISTRICT OF CALIFORNIA

9  PLAINTIFF/VESS                    CASE NUMBER:00 CV 1839 B (CGA)
   PETITIONER
10                                   **PROOF OF SERVICE**

   DEFENDANT/CIBA-GIEGY CORP.
11 RESPONDENT

12

POST KIRBY NOONAN & SWEAT
600 WEST BROADWAY, SUITE 1200
SAN DIEGO, CA. 92101
(619) 231-8666

                        Ref:80495
Attorney for:DEFENDANT


   UNITED STATES DISTRICT COURT FOR THE  SOUTHERN    DISTRICT OF CALIFORNIA

                                          **PROOF OF SERVICE**

Plaintiff/Petitioner VESS                 Case No:00 CV 1839 B (CGA)

Defendant/Respondent CIBA-GIEGY CORP.     HRG. DATE:03-05-01
                                               TIME:10:30AM
                                               DEPT:2

1. At the time of service I was at least 18 years of age and not a party
   to this action, and I served copies of the:

   SEE ATTACHED LIST OF DOCUMENTS SERVED




2. a. Party served:MICHAEL DRURY


   b. Person served:TRACY JAEHN, RECEPTIONIST PERSON IN CHARGE

   c. Address:550 WEST C STREET, 16TH FLOOR
              SAN DIEGO, CA. 92101

3. I served the party named in item (2a):
   a. by personally serving the copies:
      (1) on: 02-02-01   at (2c):4:20PM

4. Person serving:MARK SULLIVAN          a. Fee: 25.00
   Diversified Legal Services, Inc.      b. Registered california
   P.O. Box 3969                            process server#608
   San Diego, CA 92163   Tel:(619) 260-8224   county of SAN DIEGO


5. I declare under penalty of perjury under the laws of the state of
   california that the foregoing is true and correct.

   Date:02-05-01        Signature:_____


   Judicial council form, Rule 982 (a) (23)

                                          **PROOF OF SERVICE**

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DECLARATION OF SARAH C. LINDSEY IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DECLARATION OF CLAIRE E. REINBURG (WITH EXHIBITS) IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**

**DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SPECIAL MOTION TO STRIKE**

**NOTICE OF LODGMENT OF APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION'S  MOTION AND SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT**