















AXC   7/26/01   8:35
3:00-CV-01839   VESS V. CIBAGEIGY CORP USA
*157*
*O.*

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME: VESS V. CIBA-GEIGY CORP., ET AL.    CASE NO: 00-CV-1839-B (CGA)

HON. CYNTHIA G. AARON    CT. DEPUTY TERRY JOHNSON

Plaintiff(s):    Defendant(s):

_____    _____

_____    _____

_____    _____

_____    _____

PROCEEDINGS: _____ In Chambers _____ In Court    _____ Telephonic

DEFENDANT AMERICAN PSYCHIATRIC ASSOCIATION ("APA") AND DEFENDANT CHADD HAVE REQUESTED THAT THE DEADLINE TO FILE REPLY BRIEFS IN SUPPORT OF DEFENDANTS' MOTION FOR AWARD OF COSTS AND FEES BE EXTENDED FROM JULY 26, 2001 TO JULY 30, 2001. PLAINTIFF DOES NOT OPPOSE THE REQUESTS.

GOOD CAUSE HAVING BEEN SHOWN, DEFENDANTS' REQUESTS ARE HEREBY GRANTED. IT IS HEREBY ORDERED THAT DEFENDANTS APA AND CHADD SHALL FILE THEIR REPLY BRIEFS ON OR BEFORE JULY 30, 2001.

DATE: July 24, 2001    INITIALS: _____ Deputy

COPY TO:

HONORABLE RUDI M. BREWSTER
U.S. DISTRICT JUDGE

ALL COUNSEL OF RECORD

*for Judge Aaron*

157A